**File Hashes for IP Address 72.89.104.147**

**ISP:** Verizon Internet Services
**Physical Location:** New City, NY

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/15/2015 14:25:12 | 8942D4263B07DB44679F72D832841F38BCA447F9 | Selfie Love |
| 05/09/2015 19:54:25 | ED7496ED0E6BAC80C362825B23FEDC6BEF57D9B2 | Body Language |
| 05/06/2015 18:02:25 | 19B67D2ACB6A78F707D154C7322AA5F941E0FFF2 | Sex and Submission |
| 05/06/2015 11:29:31 | 7CD2ADDF166B893CBFA05EF57E0E1BD15F3C1E54 | Finding Elysium |
| 05/03/2015 15:15:12 | CB509E6EC962A1344952B46367471B3DBB517975 | Sexy En Noir |
| 05/02/2015 03:59:32 | 3A2633224BB8D3D3714BACEFB9000F94B4E0B571 | Just the Three of Us |
| 04/29/2015 16:58:35 | 6417BFBD9D5B7F566631DA9085C03AEDF913D40C | A Wonderful World |
| 04/29/2015 16:42:19 | 9D8E33D63F06E6CF4C403EDEE4185DFED617B2C5 | Under My Blanket |
| 04/29/2015 16:30:39 | A1CECE18DFD7D95E3913374FA572FECAEBE465E9 | From Three to Four |
| 04/29/2015 16:29:05 | 142E7C0299633A15D6648E8BD1BFD1A89C6D4C91 | Inspiration |
| 04/29/2015 16:27:57 | 740FA6BB0661380827B67A08F961B04345E5FE0B | Taste Me |
| 04/29/2015 16:22:55 | F39C409080146D4755012C33EA852DE6CE08F88E | From Three to Four Part 2 |
| 04/29/2015 16:14:46 | 6465E8E0E83658C51610B474C53CC32142F77DA5 | No Turning Back Part #1 |
| 04/29/2015 15:56:07 | 3B8C2F4B1DC06C99507F60A2A09D29CE6A515404 | Knock On My Door |
| 04/29/2015 15:46:38 | 23F0420D3FED2C888A0C1CE42D26526D829332AB | Group Sex |
| 04/29/2015 15:17:33 | 9CAEAC4715DD63BE81F1E58D405F74DFF2443354 | Vacation Fantasy |
| 04/29/2015 15:12:16 | B12E426AC49FBCD44F65FA22719EE3C85B655997 | Blonde Perfection |
| 04/29/2015 15:00:31 | F4C80934CB8483B8F174356E87B676A79447D572 | Then They Were Three |
| 04/25/2015 19:57:38 | 8E2198217004EC96C8E40A3B75935EC63C9D437D | Play Me |
| 04/19/2015 19:33:05 | 997A103936E73235F23CE79D7495184A9E37926A | Sweet Surrender |
| 04/19/2015 18:08:52 | B6EDA8B2257BBD5613187696D1DECA9E3E3450F9 | Tantric Massage |
| 04/15/2015 14:51:39 | 7E18275058B4138F19258FD6123B312B6C8F4079 | UnBREElievable |

EXHIBIT A

SNY199

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/06/2015 16:53:33 | E6C34D766710B03FAC55B3A63A25F08B89BB807D | Red Hot and Ready |
| 04/06/2015 06:04:19 | 1C0EB515DD0A64B094994B5AA6C57BAAE4EF2E1A | No Turning Back Part #2 |

**Total Statutory Claims Against Defendant: 24**

EXHIBIT A

SNY199